UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MANKEL, | ) | 3:16-cv-00657-HDM-VPC |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER |
| vs. | ) | |
| | ) | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY, | ) ) | |
| | ) | |
| Defendant. | ) | |

In light of the response to the order to show cause filed by Mr. Daliz Rodriguez on October 6, 2017 (ECF No. 43), the court VACATES the show cause hearing set for November 1, 2017, at 10:30 a.m. and will instead conduct a telephonic status conference at that date and time to discuss the issues raised in Mr. Rodriguez's letter of October 6, 2017. The parties and Mr. Rodriguez shall call AT&T no later than five minutes prior to the hearing at 1 (877) 336-1839 and provide Access Code 3246567 with Security Code 0360.

Plaintiff's counsel shall personally serve a copy of this order on Mr. Rodriguez no later than October 20, 2017.

IT IS SO ORDERED.

DATED: This 12th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE