1

2

3

4

5

6

7

8                    **UNITED STATES DISTRICT COURT**

9                        **DISTRICT OF NEVADA**

10

11  DENNIS MANKEL,                    )        3:16-cv-00657-HDM-VPC
                                      )
12              Plaintiff,            )
                                      )        ORDER
13  vs.                               )
                                      )
14  GOVERNMENT EMPLOYEES INSURANCE    )
    COMPANY,                          )
15                                    )
                Defendant.            )
16  _____ )

17      Before the court is the defendant's motion for partial summary

18  judgment (ECF No. 27).  Plaintiff has opposed (ECF No. 37), and

19  defendant has replied (ECF No. 42).

20      Plaintiff filed his complaint in this action in state court on

21  June 27, 2016, asserting breach of contract and bad faith claims

22  against his insurer, defendant, for its handling of an underinsured

23  motorists claim.  Plaintiff also seeks punitive damages.  Defendant

24  removed to this court on November 14, 2016, and now moves for

25  summary judgment on the bad faith and punitive damages claims.

26      After reviewing the pleadings and evidence in this matter, the

27  court concludes that genuine issues of material fact exist as to

28  whether defendant reasonably handled plaintiff's claim such that

                                    1

summary judgment on the bad faith and punitive damages claim would be improper. Accordingly, defendant's motion for summary judgment (ECF No. 27) is hereby **DENIED.**

IT IS SO ORDERED.

DATED: This 12th day of October, 2017.

_Howard D McKibben_
UNITED STATES DISTRICT JUDGE