# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | | |
|---|---|---|
| DENNIS MANKEL, | ) | 3:16-cv-00657-HDM-VPC |
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY; ABC CORPORATIONS I-X, inclusive; BLACK & WHITE COMPANIES I-X, inclusive; and JOHN DOES I-X, inclusive, | ) | |
| Defendants. | ) | |

Consistent with the status conference held before this court on November 1, 2017, and based upon the status report filed with the court on November 22, 2017, the court's prior contempt order (ECF No. 40) is hereby **VACATED**.

IT IS SO ORDERED.

DATED: This 28th day of November, 2017.

_____
UNITED STATES DISTRICT JUDGE

1