William C. Jeanney, Esq.
Nevada State Bar No. 01235
BRADLEY, DRENDEL & JEANNEY
P.O. Box 1987
Reno, NV 89505
Telephone No. (775) 335-9999
Facsimile No. (775) 335-9993
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DENNIS MANKEL, | Case No. 3:16-cv-000657-HDM-VPC |
| Plaintiff, | **ORDER GRANTING** |
| v. | **STIPULATION TO EXTEND TIME** |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY; ABC CORPORATIONS I-X, inclusive; BLACK & WHITE COMPANIES I-X, inclusive; and JOHN DOES I-X, inclusive, | |
| Defendants. / | |

COMES NOW the parties, by and through their attorneys of record and hereby Stipulate that dwg to the scheduled mediation on March 16, 2018 that:

1. Plaintiff may have until Friday, March 23, 2018 in which to file his Opposition to Defendant GOVERNMENT EMPLOYEES INSURANCE COMPANY'S (GEICO) various Motions in Limine.

/////
/////
/////
/////
/////
/////
/////

2. Defendant GEICO shall have an additional 7 days in which to file its Reply in Support of said Motions in Limine.

Dated this 21st day of February 2018.

BRADLEY, DRENDEL & JEANNEY

/s/ William C. Jeanney
William C. Jeanney, Esq.
***Attorney for Plaintiff***

Dated this 21st day of February 2018.

LEWIS, BRISBOIS, BISGAARD & SMITH

/s/ Danielle C. Miller
Danielle C. Miller, Esq.
***Attorney for Defendant Government Employees Insurance Company***

IT IS SO ORDERED:

Dated this 21st day of February 2018.

_____
United States District Judge