WADE M. HANSARD, ESQ.
Nevada Bar No. 8104
JONATHAN W. CARLSON, ESQ.
Nevada Bar No. 10536
RENEE M. MAXFIELD, ESQ.
Nevada Bar No. 12814
McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP
8337 West Sunset Road, Suite 350
Las Vegas, NV 89113
Telephone:     (702) 949-1100
Facsimile:     (702) 949-1101
*whansard@mbswc.com*
*jcarlson@mbswc.com*
*rmaxfield@mbswc.com*
Attorneys for Defendant

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA, NORTHERN DIVISION

| | |
|---|---|
| DENNIS MANKEL, | CASE NO.          3:16-cv-00657-HDM-VPC |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| v. | |
| GOVERNMENT EMPLOYEES INSURANCE COMPANY; ABC CORPORATIONS I-X, inclusive; BLACK & WHITE COMPANIES I-X, inclusive; and JOHN DOES I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED by the parties above named, by and through their respective

counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
8337 W. Sunset Rd, Suite 350
Las Vegas, NV 89113

3:16-cv-00657-HDM-VPC

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

1      Each party will bear their own costs and attorneys' fees.

2      DATED this 9th day of August, 2018

3                     BRADLEY, DRENDEL & JEANNEY

4

5                     By       /s/ William C. Jeanney
                          William C. Jeanney, Nevada Bar No. 01235

6                           Leah Ronhaar, Nevada Bar No. 13013
                          Weston Spann, Nevada Bar No. 13406

7                           P.O. Box 1987
                          Reno, Nevada 89505

8                           Tel. (775) 335-9999

9                           Attorneys for Defendant

10

11      DATED this 9th day of August, 2018

12                     McCORMICK, BARSTOW, SHEPPARD,
                    WAYTE & CARRUTH LLP

13

14

15                     By       /s/ Wade M. Hansard
                          Wade M. Hansard, Nevada Bar No. 8104

16                           Jonathan W. Carlson, Nevada Bar No. 10536
                          Renee M. Maxfield, Nevada Bar No. 12814

17                           8337 West Sunset Road, Suite 350
                          Las Vegas, Nevada 89113

18                           Tel. (702) 949-1100

19                           Attorneys for Defendant

20                              **ORDER**

21      IT IS SO ORDERED.

22      DATED this _13_ day of _August_____, 2018

23

24

25                           UNITED STATES DISTRICT JUDGE OR
                          UNITED STATES MAGISTRATE JUDGE

26 5225064.1

27

28

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
8337 W. SUNSET RD, SUITE 350
LAS VEGAS, NV 89113

2              3:16-cv-00657-HDM-VPC

STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE